# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3121

_____

Zane J. Loukas,

    Appellant,

v.

North Star Steel Company,

    Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  **[UNPUBLISHED]**
\*

_____

Submitted: September 20, 2000
Filed: September 21, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

    Zane Loukas appeals the district court's[1] grant of summary judgment to his employer in his employment-discrimination action brought under the Americans with Disabilities Act. Having carefully reviewed the record, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

    [1]The HONORABLE DAVID S. DOTY, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.